# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PAULINE HILL,

    Plaintiff,

v.                            CV No. 19-845 JB/CG

C R BARD INCORPORATED, et al.,

    Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon review of the record and the notice of reassignment to the Honorable James O. Browning as the presiding judge. (Doc. 17). **IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 15), and the Telephonic Rule 16 Scheduling Conference set for November 5, 2019, at 3:00 p.m. are **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE