**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PAULINE HILL,

       Plaintiff,

v.                                       CV No. 19-845 KWR/CG

C R BARD INCORPORATED, et al.,

       Defendants.

## <u>SECOND INITIAL SCHEDULING ORDER</u>

**THIS MATTER** is before the Court upon review of the record, and the reassignment of this case to the Honorable Kea W. Riggs. (Doc. 23). This case is now assigned to me for scheduling, case management, discovery, and all other non-dispositive motions. Counsel are required to comply with the Local Civil Rules of the United States District Court for the District of New Mexico, in addition to the Federal Rules of Civil Procedure. Civility, professionalism, and cooperation are required of counsel throughout this litigation.

The Court has received and reviewed the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 14), filed on October 2, 2019. The parties are requested to amend their *Joint Status Report*, (Doc. 14), to include new proposed deadlines and discovery dates, by **January 28, 2020**. In accordance with Federal Rules of Civil Procedure, a Rule 16 Scheduling Conference will be conducted by telephone on **Monday, February 3, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code

7467959, to be connected to the proceedings. Upon agreement, the parties may request that the Rule 16 Scheduling Conference be held in person.

At the conference, counsel and any *pro se* parties must be prepared to discuss all claims and defenses, initial disclosures, discovery requests and scheduling, issues relating to the disclosure, discovery, or preservation of electronically-stored information, the timing of expert disclosures and reports under Rule 26(a)(2), and the use of scientific evidence and whether it is anticipated that a *Daubert*[1] hearing will be needed. We will also discuss settlement prospects and alternative dispute resolution possibilities. Lead counsel and parties appearing *pro se* must participate unless excused by the Court. Parties represented by counsel need not attend.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).