IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAULINE HILL,

    Plaintiff,

v.                                                        CV No. 19-845 KWR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "**270-day**" fact discovery track and a "**180-day**" expert discovery track. Accordingly, the termination date for fact discovery is **October 30, 2020**, and the termination date for expert discovery is **April 28, 2021**.

Discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. These deadlines shall be construed to require that discovery be <u>completed</u> on or before the above date. Before moving for an order relating to discovery, the parties may request a conference with the Court in an attempt to resolve the dispute. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to fact discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **November 19, 2020**. Motions relating to expert discovery shall be filed with

the Court and served on opposing parties by **May 18, 2021**. *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. These deadlines shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **October 30, 2020**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **November 30, 2020**. Plaintiff shall provide rebuttal expert materials no later than **December 30, 2020**. In addition, Plaintiff's experts shall be deposed no later than **January 30, 2021**, and Defendants' experts shall be deposed no later than **March 3, 2021**.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **May 28, 2021**. *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

Plaintiff shall have until **March 4, 2020**, to join additional parties and to amend the pleadings. Defendants shall have until **April 3, 2020**, to join additional parties and to amend the pleadings.

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiff to Defendants on or before **July 13, 2021**; Defendants to Court on or before

\#

**July 27, 2021**. Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial. Any exceptions thereto must be upon order of the Court for good cause shown.

  **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE