### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

PAULINE HILL,

    Plaintiff,

v.                                                                CV No. 19-845 KWR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

### **ORDER VACATING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court on the parties' *Notice of Settlement*, (Doc. 30), filed April 8, 2020. In the Notice, counsel explains all claims in this matter have been resolved and Plaintiff will dismiss her Complaint when the parties' settlement has been finalized. (Doc. 30 at 1).

**IT IS THEREFORE ORDERED** that the telephonic status conference scheduled for **April 9, 2020, at 1:30 p.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE