## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

PAULINE HILL,

    Plaintiff,

v.                                                                               CV No. 19-845 KWR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

### ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court on notice that this case has settled. *See* (Doc. 30). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 6, 2020**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

    **IT IS SO ORDERED**.

                                                     THE HONORABLE CARMEN E. GARZA
                                                     CHIEF UNITED STATES MAGISTRATE JUDGE